# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 2, 2023

Lyle W. Cayce
Clerk

————————

No. 21-20671

————————

J. W.; LORI WASHINGTON, *as next friend* J. W.,

*Plaintiffs—Appellants*,

*versus*

ELVIN PALEY; KATY INDEPENDENT SCHOOL DISTRICT,

*Defendants—Appellees.*

————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:18-CV-1848

————————————————————

ORDER:

IT IS ORDERED that the motion to file an amicus brief on behalf of Council of Parent Attorneys and Advocates (COPAA), Disability Rights Texas (DRTx), The Intercultural Development Research Association (IDRA), The National Center for Youth Law (NCYL) and Texas Appleseed in support of Plaintiffs-Appellants' petitions for rehearing on en banc and panel rehearing is GRANTED.

*Don R. Willett*

DON R. WILLETT
*United States Circuit Judge*