# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 9, 2023
Lyle W. Cayce
Clerk

No. 21-20671

_____

J. W.; Lori Washington, *as next friend* J. W.,

*Plaintiffs—Appellants*,

*versus*

Elvin Paley; Katy Independent School District,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:18-CV-1848

_____

ORDER:

IT IS ORDERED that the motion to file an amicus brief on behalf of Southern Poverty Law Center in support of Plaintiffs-Appellants' petition for rehearing en banc is GRANTED.

Don R. Willett
*United States Circuit Judge*